IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ACUITY, A MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL CITY REFUSE, INC., a Nebraska Corporation;<br><br>Defendant. | **8:19CV566**<br><br>**ORDER OF DISMISSAL** |

The parties have filed a Joint Motion and Stipulation for Dismissal (Filing No. 26) requesting that this action be dismissed with prejudice

Having considered the matter,

**IT IS ORDERED** that the Joint Motion and Stipulation for Dismissal (Filing No. 26) is granted. The above-captioned case is dismissed with prejudice. Judgment will be entered by separate document.

Dated this 24th day of June, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge